United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-02339-MJC
Daniel Mark Long  Chapter 7
Amy Michelle Long
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Nov 01, 2021    Form ID: tele341    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Mark Long, Amy Michelle Long, 330 South Street, Jim Thorpe, PA 18229-2411 |
| 5443531 | + | CMG Mortgage, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 5443532 | + | ComenityCapital Bank/Ikea Project, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 5443533 | + | ComenityCapitalBank/Famous Footware, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 5443538 | + | Famous Footware, P.O. Box 650965, Dallas, TX 75265-0965 |
| 5443540 | + | HNL Lab Medicine, 1000 Postal Road, Allentown, PA 18109-4300 |
| 5443541 | + | Jonestown Bank & Trust, Loans Operations, P.O. Box 717, Jonestown, PA 17038-0717 |
| 5443544 | + | Lehigh Valley Health Network, P.O. Box 981028, Boston, MA 02298-1028 |
| 5443543 | | Lehigh Valley Health Network, PO Box 41067, Boston, MA 02298 |
| 5443547 | + | Shop Your Way Mastercard, P.O. Box 9001104, Louisville, KY 40290-1104 |
| 5443548 | + | St Lukes, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 5443550 | + | Synergetic Communication, Inc., 5450 N. W. Central #220, Houston, TX 77092-2061 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 01 2021 18:50:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443529 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 01 2021 18:41:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 5443528 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 01 2021 18:50:18 | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 5443530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2021 18:50:20 | Citi Cards CBNA, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5443534 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 01 2021 18:50:06 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5443537 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 01 2021 18:50:13 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5443539 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 01 2021 18:41:00 | Genesis BankCard, PO Box 23039, Columbus, GA 31902-3039 |
| 5443542 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 01 2021 18:41:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5443545 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2021 18:50:13 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 5443546 | + | Email/PDF: cbp@onemainfinancial.com | Nov 01 2021 18:50:05 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 5443549 | | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2021 18:50:05 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 5443552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  | Nov 01 2021 18:50:13 | SYW MC/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| --- | --- | --- | --- | --- |
| 5443636 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2021 18:50:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443553 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2021 18:41:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5443535 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5443536 | *+ | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5443551 | *+ | Synergetic Communication, Inc., 5450 N. W. Central #220, Houston, TX 77092-2061 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jason M Rapa | on behalf of Debtor 2 Amy Michelle Long jrapa@rapalegal.com ssprouse@rapalegal.com;mhine@rapalegal.com |
| Jason M Rapa | on behalf of Debtor 1 Daniel Mark Long jrapa@rapalegal.com ssprouse@rapalegal.com;mhine@rapalegal.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab (Trustee) | schwab@uslawcenter.com ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 4

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(07/21)