# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Amy Michelle Long fka Amy Scherer aka Amy M Long fka Amy Leslie** | **BK NO. 21-02339 MJC** |
| **Daniel Mark Long aka Dan Long aka Daniel M Long** | **Chapter 7** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

                                        Respectfully submitted,

                                    /s/ *Rebecca Solarz*
                                    Rebecca Solarz
                                    03 Nov 2021, 16:12:50, EDT

                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    215-627-1322