United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Daniel Mark Long  
Amy Michelle Long  
    Debtors

Case No. 21-02339-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Mar 03, 2022      Form ID: 318      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Mark Long, Amy Michelle Long, 330 South Street, Jim Thorpe, PA 18229-2411 |
| 5443531 | + | CMG Mortgage, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 5443532 | + | ComenityCapital Bank/Ikea Project, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 5443533 | + | ComenityCapitalBank/Famous Footware, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 5443538 | + | Famous Footware, P.O. Box 650965, Dallas, TX 75265-0965 |
| 5443540 | + | HNL Lab Medicine, 1000 Postal Road, Allentown, PA 18109-4300 |
| 5443541 | + | Jonestown Bank & Trust, Loans Operations, P.O. Box 717, Jonestown, PA 17038-0717 |
| 5443544 | + | Lehigh Valley Health Network, P.O. Box 981028, Boston, MA 02298-1028 |
| 5443543 | | Lehigh Valley Health Network, PO Box 41067, Boston, MA 02298 |
| 5443547 | + | Shop Your Way Mastercard, P.O. Box 9001104, Louisville, KY 40290-1104 |
| 5443548 | + | St Lukes, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 5443550 | + | Synergetic Communication, Inc., 5450 N. W. Central #220, Houston, TX 77092-2061 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: william.schwab@txitrustee.com | Mar 03 2022 18:49:00 | William G Schwab (Trustee), William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235 |
| cr | + | EDI: AISACG.COM | Mar 03 2022 23:53:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 03 2022 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443529 | + | EDI: PHINGENESIS | Mar 03 2022 23:53:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 5443528 | + | EDI: CAPONEAUTO.COM | Mar 03 2022 23:53:00 | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 5444183 | + | EDI: AISACG.COM | Mar 03 2022 23:53:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5443530 | + | EDI: CITICORP.COM | Mar 03 2022 23:53:00 | Citi Cards CBNA, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5443534 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2022 18:51:40 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5443537 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2022 18:51:46 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5443539 | + | EDI: PHINGENESIS | Mar 03 2022 23:53:00 | Genesis BankCard, PO Box 23039, Columbus, GA 31902-3039 |
| 5443542 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 03 2022 18:49:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5443545 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2022 18:51:39 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 5443546 | + | EDI: AGFINANCE.COM | Mar 03 2022 23:53:00 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 5443549 | | EDI: RMSC.COM | Mar 03 2022 23:53:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 5443552 | + | EDI: CITICORP.COM | Mar 03 2022 23:53:00 | SYW MC/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5443636 | + | EDI: RMSC.COM | Mar 03 2022 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443553 | + | EDI: VERIZONCOMB.COM | Mar 03 2022 23:53:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5443535 | *+ | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5443536 | *+ | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5443551 | *+ | Synergetic Communication, Inc., 5450 N. W. Central #220, Houston, TX 77092-2061 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. JSchwartz@mesterschwartz.com |
| Jason M Rapa | on behalf of Debtor 2 Amy Michelle Long jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com |
| Jason M Rapa | on behalf of Debtor 1 Daniel Mark Long jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com |
| Rebecca Ann Solarz | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| United States Trustee | |

| | |
|---|---|
| William G Schwab (Trustee) | ustpregion03.ha.ecf@usdoj.gov<br><br>schwab@uslawcenter.com  ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel Mark Long<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8037<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amy Michelle Long<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5145<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21–bk–02339–MJC | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel Mark Long
aka Dan Long, aka Daniel M Long

Amy Michelle Long
aka Amy M Long, fka Amy Scherer, fka Amy Leslie

3/3/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2