United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02339-MJC |
| Daniel Mark Long | Chapter 7 |
| Amy Michelle Long | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2022 | Form ID: fnldecac | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel Mark Long, Amy Michelle Long, 330 South Street, Jim Thorpe, PA 18229-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

**Name**    **Email Address**

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. JSchwartz@mesterschwartz.com

Jason M Rapa
    on behalf of Debtor 2 Amy Michelle Long jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com

Jason M Rapa
    on behalf of Debtor 1 Daniel Mark Long jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com

Rebecca Ann Solarz
    on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William G Schwab (Trustee)

schwab@uslawcenter.com ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel Mark Long,<br>aka Dan Long, aka Daniel M Long, | Chapter 7 |
| **Debtor 1** | Case No. 5:21−bk−02339−MJC |
| Amy Michelle Long,<br>aka Amy M Long, fka Amy Scherer, fka Amy Leslie, | |
| **Debtor 2** | |

Social Security No.:
          xxx−xx−8037         xxx−xx−5145

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

          **William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

          BY THE COURT
          By the Court,

          Mark J. Conway, United States Bankruptcy Judge

          Dated: March 3, 2022

**fnldecac** (05/18)